UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALRELIO EVANS #367619,

    Plaintiff,

v.

    Case No. 1:11-CV-581

    HON. ROBERT HOLMES BELL

MICHAEL LEHNER, et al.,

    Defendants.
_____/

# O R D E R

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that the Magistrate Judge's report and recommendation (Dkt. No. 98) is **APPROVED** and **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendants Jones, Eaton, and Wohlfert's motions for summary judgment (Dkt. Nos. 41, 48, 85) are **GRANTED**. Defendants Jones, Eaton, and Wohlfert are **DISMISSED**.

**IT IS FURTHER ORDERED** that Defendant Lehner's motion for summary judgment (Dkt. No. 41) is **DENIED**.

Dated: December 19, 2012        /s/ Robert Holmes Bell
                                          ROBERT HOLMES BELL
                                          UNITED STATES DISTRICT JUDGE